AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

_____
_____

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF FLORIDA

JOE MANN,
     *Plaintiff(s)*

       v.

Bristol-Myers Squibb Company,
Otsuka Pharmaceutical Co., Ltd., and
Otsuka America Pharmaceutical, Inc.,

     *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:19cv261-MCR/GRJ

### SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*    Bristol-Myers Squibb Company
                                    CT CORPORATION SYSTEM
                                    1200 S. Pine Island Road
                                    Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           BRYAN F. AYLSTOCK
           AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
           17 E. Main Street, Suite 200
           Pensacola, Florida 32502
           (850) 202-1010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

JESSICA J. LYUBLANOVITS,
*CLERK OF COURT*



Date:  1/30/2019

                                 /s/Donna Bajzik
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

_____
_____

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| JOE MANN,<br>　　　　*Plaintiff(s)*<br><br>　　　　　　v.<br><br>Bristol-Myers Squibb Company,<br>Otsuka Pharmaceutical Co., Ltd., and<br>Otsuka America Pharmaceutical, Inc.,<br><br>　　　*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. ___3:19cv261-MCR/GRJ___ |

### SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*　　　Otsuka America Pharmaceutical, Inc.
CT CORPORATION SYSTEM
1200 S. Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　BRYAN F. AYLSTOCK
　　　　　　AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
　　　　　　17 E. Main Street, Suite 200
　　　　　　Pensacola, Florida 32502
　　　　　　(850) 202-1010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.



JESSICA J. LYUBLANOVITS,
*CLERK OF COURT*

Date:　1/30/2019

　　　　　　　/s/Donna Bajzik
　　　　　　_____
　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| JOE MANN,<br>　　*Plaintiff(s)*<br><br>　　　　v.<br><br>Bristol-Myers Squibb Company,<br>Otsuka Pharmaceutical Co., Ltd., and<br>Otsuka America Pharmaceutical, Inc.,<br><br>　　*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. __3:19cv261-MCR/GRJ__ |

### SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*　Otsuka Pharmaceutical Co., Ltd.
　　　　　　　　　　　　　　　　c/o Corporation Trust Inc.
　　　　　　　　　　　　　　　　351West Camden Street
　　　　　　　　　　　　　　　　Baltimore, Maryland 21201

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　BRYAN F. AYLSTOCK
　　　　　　　　AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
　　　　　　　　17 E. Main Street, Suite 200
　　　　　　　　Pensacola, Florida 32502
　　　　　　　　(850) 202-1010

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.



　　　　　　　　　　　　　　　　　　JESSICA J. LYUBLANOVITS,
　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:　1/30/2019　　　　　　　　　　　　/s/Donna Bajzik
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*