# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2734 |
| This document relates to: *Cases Listed in Exhibit A* | Judge M. Casey Rodgers Magistrate Judge Gary Jones |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the actions identified in Exhibit A are dismissed with prejudice and without fees or costs to any party.

Dated:  February 5, 2020

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
**AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC**
17 E. Main St.
Ste. 200
Pensacola, FL 32502
850-916-7450
baylstock@awkolaw.com

*Attorneys for Plaintiffs*

*/s/ Larry Hill*
Larry Hill (Florida Bar No. 173908)
Charles F. Beall, Jr. (Florida Bar No. 66494)
**MOORE, HILL & WESTMORELAND, P.A**.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola, FL 32502
850-434-3541
lhill@mhw-law.com
ljohnson@mhw-law.com
cbeall@mhw-law.com

Anand Agneshwar *(pro hac vice)*
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
212-836-8000
anand.agneshwar@arnoldporter.com

Matthew A. Eisenstein *(pro hac vice)*
Paige Sharpe *(pro hac vice)*
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
202-942-6606
matthew.eisenstein@arnoldporter.com
paige.sharpe@arnoldporter.com

Lauren Colton *(pro hac vice)*
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 200
Baltimore, Maryland 21202
410-659-2700
lauren.colton@hoganlovells.com

*Attorneys for Defendant Bristol-Myers Squibb Company*

*/s/ Matthew A. Campbell*
Matthew A. Campbell (*pro hac vice*)
Matthew M. Saxon *(pro hac vice)*
Rand K. Brothers *(pro hac vice)*
**WINSTON & STRAWN LLP**
1700 K Street NW
Washington, DC 20006
202-282-5848
macampbe@winston.com
msaxon@winston.com
rbrothers@winston.com

Luke A. Connelly (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
212-294-6882
lconnell@winston.com

Hal K. Litchford (Florida Bar No. 272485)
Kyle A. Diamantas (Florida Bar No. 106916)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 South Orange Avenue, Suite 2900
Orlando FL 32801
407-367-5401
hlitchford@bakerdonelson.com
kdiamatas@bakerdonelson.com

Kelly Overstreet Johnson (Florida Bar No. 0354163)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
101 N Monroe Street, Suite 925
Tallahassee, FL 32301
850-425-7500
kjohnson@bakerdonelson.com

*Attorneys for Defendants Otsuka Pharmaceutical Co., Ltd. and Otsuka America Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2020, a true copy of the foregoing was served via ECF on all counsel of record.

*/s/ Matthew A. Campbell*
Matthew A. Campbell

# EXHIBIT A

| PLAINTIFF | CASE NO. |
|---|---|
| WINTERS, RONITA | 3:18-CV-02098 |
| BROWNFIELD, TIMOTHY | 3:17-CV-00526 |
| IVORRI, ROC | 3:17-CV-00529 |
| SMALLEY, JOANN | 3:17-CV-00531 |
| PORTIS, ELROY | 3:17-CV-00532 |
| TAYLOR, TROY | 3:17-CV-00533 |
| WASHINGTON, TRIVELL | 3:17-CV-00534 |
| WRIGHT, CARNELL | 3:17-CV-00613 |
| FERNANDEZ, LISSETTE | 3:18-CV-00430 |
| DICKINSON, DANIEL | 3:18-CV-00488 |
| BOROW, LYDIA | 3:18-CV-00490 |
| CABRAL, LAWRENCE | 3:18-CV-00859 |
| CARTEE, NEIL | 3:18-CV-01669 |
| COLLINS, MADELL | 3:18-CV-01670 |
| COOK, ADAM | 3:18-CV-01671 |
| COOK, SCOTT | 3:18-CV-01673 |
| YOZWIAK, THOMAS | 3:18-CV-01674 |
| CUPP, JESSIE | 3:18-CV-01676 |
| WOODARD, LINDA | 3:18-CV-01679 |
| FULLEN, ANGELA | 3:18-CV-01681 |
| GEORGE, MELINDA | 3:18-CV-01682 |
| GNIEWEK, JENNIFER | 3:18-CV-01686 |
| WHITMORE, MICHAEL | 3:18-CV-01687 |
| WATSON, DELAYNA | 3:18-CV-01689 |
| HALBERT, DAWN | 3:18-CV-01690 |
| WADSWORTH, MARK | 3:18-CV-01693 |
| AGUILAR, FRANCISCO | 3:18-CV-01713 |
| CHAMBERS, GWENDOLYN | 3:18-CV-01716 |
| SMITH, ROSE | 3:18-CV-01723 |
| COLEMAN, MELVIN | 3:18-CV-01725 |
| WILLIAMS, VIVIAN | 3:18-CV-01728 |
| DAVIS, MARGARET | 3:18-CV-01729 |
| WILLIAMS, TASHAE | 3:18-CV-01731 |

| | |
|---|---|
| DONALDSON, CAROL | 3:18-CV-01732 |
| SZEMAK-ALLEN, AMANDA | 3:18-CV-01733 |
| EPPERSON, DAVID | 3:18-CV-01736 |
| SMALLWOOD, BEVERLY | 3:18-CV-01738 |
| EASON-GRIGGS, CANDACE | 3:18-CV-01740 |
| SLEPICKA, JOHN | 3:18-CV-01741 |
| ECHOLS, IVORY | 3:18-CV-01742 |
| GORDON, TINA | 3:18-CV-01746 |
| SAYEGH, JAMAL | 3:18-CV-01750 |
| HAM, DALE | 3:18-CV-01751 |
| RICKUS, CINDY | 3:18-CV-01753 |
| WILLIS, CAROL | 3:18-CV-01755 |
| VAUGHAN, JEROME | 3:18-CV-01759 |
| COOPER, KATIE | 3:18-CV-01762 |
| DAVY, DEVIN | 3:18-CV-01764 |
| THOMPSON, CRYSTAL | 3:18-CV-01767 |
| TOFFELMIRE, JAMES | 3:18-CV-01768 |
| TROUTMAN, ANGELA | 3:18-CV-01769 |
| NEWMAN, JAMES | 3:18-CV-01775 |
| PEERY, THOMAS | 3:18-CV-01779 |
| PELETI, LEILANI | 3:18-CV-01780 |
| RAMIREZ, RICARDO | 3:18-CV-01783 |
| RAMSEY, RICHARD | 3:18-CV-01785 |
| FRAZIER, TONIAH | 3:18-CV-01789 |
| RICCOBONO, JAMES | 3:18-CV-01791 |
| GRASSO, RANDY | 3:18-CV-01793 |
| RICHMOND, ALFRED | 3:18-CV-01794 |
| JEFFRIES, ROBERT | 3:18-CV-01797 |
| JEWELL, CHARLES | 3:18-CV-01799 |
| MORRIS, MARIA | 3:18-CV-01802 |
| JONES, LASTELLA | 3:18-CV-01810 |
| JUAREZ, ADELE | 3:18-CV-01812 |
| MIRABILE, TYLER | 3:18-CV-01815 |
| MEADE, TRACY | 3:18-CV-01817 |
| HEALY, GLENN | 3:18-CV-01818 |
| HICKSON, JAMES | 3:18-CV-01820 |

| | |
|---|---|
| MAIER, AMANDA | 3:18-CV-01822 |
| LAMBERT, KELLY | 3:18-CV-01825 |
| MACK, ELIZABETH | 3:18-CV-01828 |
| LIGHTFOOT, SHARI | 3:18-CV-01829 |
| HOSKINS, ANDREA | 3:18-CV-01830 |
| LOSONCY, TRACY | 3:18-CV-01832 |
| LOGGINS, WILLIAM | 3:18-CV-01839 |
| LOCKE-JAMES, ARIS | 3:18-CV-01842 |
| KOTEVSKI, VLADE | 3:18-CV-01845 |
| GAMBLIN, TIMOTHY | 3:18-CV-01888 |
| HERNANDEZ, MICHAEL | 3:18-CV-01906 |
| NOURMAND, NANCY | 3:18-CV-01909 |
| WHITAKER, STACY | 3:18-CV-01910 |
| TEKLE, TEDROS | 3:18-CV-01914 |
| HARRIS, KARIMA | 3:18-CV-01968 |
| BRANCH, TIFFANY | 3:18-CV-02048 |
| CROSS, BOBBIE | 3:18-CV-02050 |
| NOVAK, IRENE | 3:18-CV-02081 |
| PEARSON, ALONZO | 3:18-CV-02081 |
| READUS, RACHEL | 3:18-CV-02081 |
| WALKER, RONALD | 3:18-CV-02081 |
| JACOBS, JEFFREY | 3:18-CV-02081 |
| ARTIS, DONNIE | 3:18-CV-02081 |
| BARONE, CONSTANCE | 3:18-CV-02081 |
| BOSS, JAMES | 3:18-CV-02081 |
| BROWN, LEE | 3:18-CV-02081 |
| BROWN, VICTORIA | 3:18-CV-02081 |
| CONVERSE, GEORGIANNA | 3:18-CV-02081 |
| HARTLEY, PATRICIA | 3:18-CV-02081 |
| HUGHES, STEPHANY | 3:18-CV-02081 |
| ROGERS, MARY | 3:18-CV-02081 |
| OHMS, TIMOTHY | 3:18-CV-02081 |
| SMITH, JANICE | 3:18-CV-02081 |
| BARNES, DARLA | 3:18-CV-02082 |
| COOPER, CHRISTOPHER | 3:18-CV-02082 |
| FITZGERALD, | 3:18-CV-02082 |

| | |
|---|---|
| REBECCA | |
| GRYSKEVICZ, EDWARD | 3:18-CV-02082 |
| SMITH, SHERONDA | 3:18-CV-02098 |
| JORDAN, BRIAN | 3:18-CV-02098 |
| GRANT, ADRE | 3:18-CV-02098 |
| HAWKINS, LYWUNDAR | 3:18-CV-02098 |
| HOOD, FLORENDA | 3:18-CV-02098 |
| WHITFIELD, GLORIA | 3:18-CV-02098 |
| SPENCER, ADANIS | 3:18-CV-02098 |
| SHELTON, MURSHELL | 3:18-CV-02098 |
| PHILLIPS, LOIS | 3:18-CV-02098 |
| MOORE, ALICE | 3:18-CV-02098 |
| SLOAN, MARY | 3:18-CV-02098 |
| APPELBAUM, JOHNATHAN | 3:19-CV-00083 |
| AUTRY, JACK | 3:19-CV-00084 |
| BAKER, JAMES | 3:19-CV-00085 |
| HAGER, FREDERICK | 3:19-CV-00086 |
| BOCKMIER, ALEXA RAE | 3:19-CV-00087 |
| CREAMER, KAREN | 3:19-CV-00088 |
| DELUCA, ANTHONY | 3:19-CV-00090 |
| DORRIS, BECKY | 3:19-CV-00091 |
| FOX, CAROLYN | 3:19-CV-00093 |
| GRACZYK, JOSEPH | 3:19-CV-00094 |
| HAJ-HAMAD, JULIE | 3:19-CV-00096 |
| HOWELL, DEBRA | 3:19-CV-00097 |
| HUBBARD, SANDY | 3:19-CV-00098 |
| IVERSON, KRISTA | 3:19-CV-00100 |
| LANIER, HARVIE | 3:19-CV-00102 |
| MCDANIEL-VAUGHN, MARILYN | 3:19-CV-00104 |
| PEARSON, SHAMENA | 3:19-CV-00106 |
| SATTERFIELD, CAROL | 3:19-CV-00107 |
| SIMCKOWITZ, MARY | 3:19-CV-00108 |
| TORRENTE, KIM | 3:19-CV-00147 |
| GREENE, MICHAEL | 3:19-CV-00161 |
| RISSE, KELLY | 3:19-CV-00163 |

| | |
|---|---|
| FLUKER, ANNIE | 3:19-CV-00168 |
| SIMS, SCOTT | 3:19-CV-00170 |
| DOERING, DONALD | 3:19-CV-00228 |
| PARRINIO, ROSE | 3:19-CV-00229 |
| RIVERA-SOTO, ANGEL | 3:19-CV-00230 |
| VERA, SOYMI | 3:19-CV-00231 |
| KLIOT-LAPE, CHERYL | 3:19-CV-00238 |
| GODFREY, TARA | 3:19-CV-00240 |
| HAWKINS, DAVID | 3:19-CV-00241 |
| GREEN, STEVEN | 3:19-CV-00242 |
| TELLEZ, ROGELIO | 3:19-CV-00243 |
| SCHULTZ, JOHN | 3:19-CV-00244 |
| MANN, JOE | 3:19-CV-00261 |
| CLAYTON SR., RONALD W. | 3:19-CV-00264 |
| BROWN, SHARON | 3:19-CV-00269 |
| LONG, JIMMIE | 3:19-CV-00270 |
| KING, WALLACE | 3:19-CV-00464 |
| FAIRLESS, STEFANIE | 3:19-CV-00464 |
| SPANN, DEVONTA | 3:19-CV-00464 |
| TRAMEL, JULIUS | 3:19-CV-00464 |
| BREADMORE, PENNIE | 3:19-CV-00464 |
| BREWER, PATRICIA | 3:19-CV-00464 |
| BURROUGHS, CHARLENE | 3:19-CV-00464 |
| COOPER, CASSAUNDRA | 3:19-CV-00464 |
| DWYER, FRANK | 3:19-CV-00464 |
| FAITEL, SHYLAH | 3:19-CV-00464 |
| FRENCH, RICHARD | 3:19-CV-00464 |
| FRERET, MICHAEL | 3:19-CV-00464 |
| GASEITSIWE, KEZZIE | 3:19-CV-00464 |
| HAWS, THERESA | 3:19-CV-00464 |
| LAPOINTE, JODI | 3:19-CV-00464 |
| MCEACHIN, BRIAN | 3:19-CV-00464 |
| MULLINS, MICHELLE | 3:19-CV-00464 |
| SMALLS, GILLIAN | 3:19-CV-00464 |
| TURGEON, KENNETH | 3:19-CV-00464 |
| WALKER, KRISTEN | 3:19-CV-00464 |

| | |
|---|---|
| WILLIAMS, EDWARD | 3:19-CV-00464 |
| COZORT, DAVID | 3:19-CV-00464 |
| FERRERA LAFIURA, CHARNA | 3:19-CV-00464 |
| FOLEY, DANIEL | 3:19-CV-00464 |
| FREEMAN GUTIERREZ, JADIAN | 3:19-CV-00464 |
| GRAHAM, JEANNE | 3:19-CV-00464 |
| HANKS, MARIO | 3:19-CV-00464 |
| KITCHELL, KRISTEN | 3:19-CV-00464 |
| LAPAIX, CARMEN | 3:19-CV-00464 |
| MCBRIDE, CHERYL | 3:19-CV-00464 |
| NORMAN, TODD | 3:19-CV-00464 |
| PRICE, VALENCIA | 3:19-CV-00464 |
| REGNIER, ALEX | 3:19-CV-00464 |
| ROBERTS, AYANNA | 3:19-CV-00464 |
| ROBINSON, GAIL | 3:19-CV-00464 |
| STRICKLAND, GLORIA | 3:19-CV-00464 |
| WADE, AMBERIA | 3:19-CV-00464 |
| WHITE, INDIA | 3:19-CV-00464 |
| WILSON, WILLIAM | 3:19-CV-00464 |
| BLACKMER, JANETT | 3:19-CV-00464 |
| EULO, CORNELIUS | 3:19-CV-00464 |
| LIPARI, JACLYNN | 3:19-CV-00464 |
| COLLINS-SPINA, PATRICIA | 3:19-CV-00464 |
| STALEY, MARSHA | 3:19-CV-00464 |
| MCKINNON, ELAINE | 3:19-CV-00464 |
| CULP, SANDRA | 3:19-CV-00464 |
| PICKETT, MARY | 3:19-CV-00464 |
| THOMPSON, BERTINA | 3:19-CV-00464 |
| ROBINSON, QUINTIN | 3:19-CV-00464 |
| SALADINO, TERESA | 3:19-CV-00464 |
| HENNIS, REDA | 3:19-CV-00464 |
| LEWIS, MICHAEL | 3:19-CV-00464 |
| QUAST, SHANNON | 3:19-CV-00464 |
| KAZHIPURATH, KRISTA | 3:19-CV-00464 |
| ASBERRY, SHARON | 3:19-CV-00464 |

| | |
|---|---|
| LAWRENCE, JACQUELYN | 3:19-CV-00464 |
| FEIBINGER, DANIEL | 3:19-CV-00464 |
| MARTIN, KRISTINE | 3:19-CV-00464 |
| HARRIS, JOYCE | 3:19-CV-00464 |
| ROY, BRADLEY | 3:19-CV-00464 |
| SIMON, JACQUELINE | 3:19-CV-00464 |
| ARNOLD, CYNTHIA | 3:19-CV-00464 |
| CARLSON, RICHARD | 3:19-CV-00464 |
| HARDIN, MAGALEAN | 3:19-CV-00464 |
| HODGE, BILLY | 3:19-CV-00464 |
| POTTS, SANDRA | 3:19-CV-00464 |
| VAN GILST, KAMERON | 3:19-CV-00464 |
| JONES, JR, GEORGE | 3:19-CV-00464 |
| LOBECK, ARTHUR | 3:19-CV-00171 / 3:18-CV-00187 |
| AUCOIN, JENNIFER | 3:18-CV-01496 |
| HARRIS, EDITH | 3:18-CV-01692 / 3:17-CV-00571 |
| YUTZY, JEREMIAH | 3:17-CV-00002 |
| SMITH (McDANIEL), RUBY | 3:18-CV-1819 |
| DAMIANI, ANTHONY | 3:19-CV-00089 |